# IN THE SUPREME COURT OF THE STATE OF NEVADA

JESS HOWARD KRIEHN,
           Appellant,

vs.

LANCER INSURANCE,
           Respondent.

No. 81593

**FILED**

FEB 18 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order dismissing appellant's complaint. Eighth Judicial District Court, Clark County; Joanna Kishner, Judge.

This appeal was docketed in this court on August 6, 2020. On that date, this court issued a notice informing appellant of the deadlines for filing documents. Pursuant to that notice, the opening brief or informal brief form for pro se parties was due to be filed by December 4, 2020. When appellant failed to file a brief by that date, this court entered an order on December 28, 2020, directing appellant to file an informal brief form for pro se parties or an opening brief that complies with NRAP 28 and 32 by January 11, 2021. This court cautioned that failure to comply with the order could result in the dismissal of this appeal. To date appellant has failed to file the brief or otherwise communicate with this court. Accordingly, this court

ORDERS this appeal DISMISSED.

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Silver

21-647776

cc: Hon. Joanna Kishner, District Judge
Jess Howard Kriehn
Winner & Sherrod
Schuetze, McGaha, Turner & Ferris PLLC
Eighth District Court Clerk